**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

KATHY PATTON and
ROBERT PATTON                                                                                    **PLAINTIFFS**

vs.                                                                            Civil Action No. 3:07-cv-276 HTW-LRA

BRYAN L. JACKSON                                                                                 **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Motion for Judgment of Dismissal with Prejudice filed on August 15, 2008, in which the parties represent to this court that all matters in dispute between the parties have been resolved, this court hereby enters this Judgment of Dismissal with Prejudice, with each party to bear their own costs.

**SO ORDERED, this the 28th day of August, 2008.**

                                                        s/ **HENRY T. WINGATE**
                                                        _____
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**